**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA MANNER,            )<br>                                                  )<br>            Plaintiff,           )<br>                                                  )<br>vs.                                          )<br>                                                  )<br>SMITH'S FOOD & DRUG CENTERS, INC.,  )<br>d/b/a SMITH'S,                          )<br>                                                  )<br>            Defendant.         )<br>_____) | Case No. 2:13-cv-01998-RFB-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Stipulation to Extend Discovery Deadline Dates (Second Request) (#19) filed July 28, 2014, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than November 25, 2014. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **December 15, 2014**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

. . .

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 3rd day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge