BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
JON J. CARLSTON, ESQ.
Nevada Bar No. 10869
**NETTLES LAW FIRM**
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone:  (702) 434-8282
Facsimile:  (702) 434-1488
brian@nettleslawfirm.com
christian@nettleslawfirm.com
jon@nettleslawfirm.com
Attorneys for Plaintiff

*NETTLES LAW FIRM*
1389 Galleria Drive, Suite 200
Henderson, NV 89014
702-434.8282 / 702-434.1488 (fax)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA MANNER,<br><br>          Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS<br>INDIVIDUALS 1 through 10; ROE<br>CORPORATIONS 11 through 20; and<br>ABC LIMITED LIABILITY COMPANIES<br>21 through 30, inclusive,<br><br>          Defendants. | CASE NO.  2:13-cv-01998-RFB-GWF<br><br>**[PROPOSED] STIPULATION AND<br>ORDER TO ATTEND SETTLEMENT<br>CONFERENCE AND TO CONTINUE<br>THE DEADLINE TO FILE THE<br>JOINT PRE-TRIAL ORDER** |

Pursuant to LR 16-5, Plaintiff AMANDA MANNER ("Plaintiff"), by and through her counsel Brian D. Nettles, Esq., Christian M. Morris, Esq., and Jon J. Carlston, Esq., of the NETTLES LAW FIRM, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., d/b/a SMITH'S ("Defendant"), by and through its counsel, Jerry S. Busby, Esq., and Gregory A. Kraemer, Esq., of COOOPER LEVENSON, P.A., submit this *Stipulation and Order to Attend Settlement Conference and to Continue the Deadline to File The Joint Pre-Trial Order.*

*NETTLES LAW FIRM*
1389 Galleria Drive, Suite 200
Henderson, NV 89014
702-434.8282 / 702-434.1488 (fax)

1   The deadline to file a Dispositive Motion in this matter has passed (October 17, 2016,
2   per ECF 36) without either side filing.  At this time, counsel for the parties respectfully request
3   that a Settlement Conference be scheduled pursuant to LR 16-5 at the Court's earliest available
4   opportunity.  As part of this request to attend a Settlement Conference, the parties respectfully
5   request to continue the current November 17, 2016, deadline to file the Joint Pre-Trial
6   Memorandum until after the Settlement Conference has been conducted.

7   In the event the matter does not settle at the requested Settlement Conference, counsel
8   for the parties propose the following:

9   **Settlement Conference Date:** To be set by the Court.

10  **Current deadline to file the Joint Pre-trial Order:** November 17, 2016.

11  **Requested New Deadline to file the Joint Pre-Trial Order:** If the case does not settle at
12  the Settlement Conference, seven calendar days after the Settlement Conference is
13  conducted.

14  If this proposed Stipulation is denied and the Court wishes the parties to file the Joint Pre-Trial
15  Memorandum prior to receiving a referral to attend a Settlement Conference, the

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

parties request a two-week extension to file the Joint Pre-Trial Memorandum until **December 1, 2016**.

Respectfully submitted this 16th day of November, 2016.

**NETTLES LAW FIRM**                    **COOPER LEVENSON, P.A.**

*/s/ Brian D. Nettles*                  */s/  Jerry Busby*
BRIAN D. NETTLES, ESQ.                  JERRY S. BUSBY, ESQ.
Nevada Bar No. 7462                     Nevada Bar No. 1107
CHRISTIAN M. MORRIS, ESQ.               GREGORY A. KRAEMER, ESQ.
Nevada Bar No. 11218                    Nevada Bar No. 10911
JON J. CARLSTON, ESQ.                   1835 Village Center Circle
Nevada Bar No. 10869                    Las Vegas, NV  89134
1389 Galleria Drive, Suite 200          Office (702) 366-1125
Henderson, Nevada 89014                 Direct Fax (702) 366-1857
Attorneys for Plaintiff                 jbusby@cooperlevenson.com
                                        gkraemer@cooperlevenson.com
                                        Attorneys for Defendant

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

**DATED**: _11/21/2016_

-3-

*NETTLES LAW FIRM*
1389 Galleria Drive, Suite 200
Henderson, NV 89014
702-434.8282 / 702-434.1488 (fax)