BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
JON J. CARLSTON, ESQ.
Nevada Bar No. 10869
**NETTLES LAW FIRM**
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone:  (702) 434-8282
Facsimile:  (702) 434-1488
brian@nettleslawfirm.com
christian@nettleslawfirm.com
jon@nettleslawfirm.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA MANNER,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS INDIVIDUALS 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>    Defendants. | CASE NO.  2:13-cv-01998-RFB-GWF<br><br>**[PROPOSED]** **STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO FILE THE JOINT PRE-TRIAL ORDER** |

Pursuant to LR 16-5, Plaintiff AMANDA MANNER ("Plaintiff"), by and through her counsel Brian D. Nettles, Esq., Christian M. Morris, Esq., and Jon J. Carlston, Esq., of the NETTLES LAW FIRM, and Defendant SMITH'S FOOD & DRUG CENTERS, INC., d/b/a SMITH'S ("Defendant"), by and through its counsel, Jerry S. Busby, Esq., and Gregory A. Kraemer, Esq., of COOPER LEVENSON, P.A., hereby stipulate and submit this *Stipulation and Order to Continue the Deadline to File the Joint Pre-Trial Order.*

On February 9, 2017, the parties and their attorneys participated in settlement conference, the Honorable United State Magistrate Judge George W. Foley presiding. While progress was made, the case did not settle. <u>See</u> CM/ECF 40. Subsequent this settlement conference and to date, the parties have engaged in additional settlement discussions.

The deadline to file the Joint Pretrial Order was February 16, 2017, per CM/ECF 38. In addition to the ongoing settlement discussions, the parties have been simultaneously preparing this Joint Pretrial Order. The parties apologize for this delay and will have this Joint Pretrial on file no later than March 3, 2017, in the event the case does not settle interim.

Respectfully submitted this 23rd day of February, 2017.

| **NETTLES LAW FIRM** | **COOPER LEVENSON, P.A.** |
|---|---|
| */s/ Brian D. Nettles* | */s/ Jerry S. Busby* |
| BRIAN D. NETTLES, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 7462 | Nevada Bar No. 1107 |
| CHRISTIAN M. MORRIS, ESQ. | GREGORY A. KRAEMER, ESQ. |
| Nevada Bar No. 11218 | Nevada Bar No. 10911 |
| JON J. CARLSTON, ESQ. | 1835 Village Center Circle |
| Nevada Bar No. 10869 | Las Vegas, NV 89134 |
| 1389 Galleria Drive, Suite 200 | Office (702) 366-1125 |
| Henderson, Nevada 89014 | Direct Fax (702) 366-1857 |
| Attorneys for Plaintiff | jbusby@cooperlevenson.com |
| | gkraemer@cooperlevenson.com |
| | Attorneys for Defendant |

**IT IS SO ORDERED:**

_George Foley Jr_
UNITED STATES MAGISTRATE JUDGE

**DATED:** 2/24/2017