1  JERRY S. BUSBY
   Nevada Bar #001107
2  COOPER LEVENSON, P.A.
   1835 Village Center Circle
3  Las Vegas, Nevada 89134
   (702) 366-1125
4  FAX: (702) 366-1857
   jbusby@cooperlevenson.com
5
   Attorneys for Defendant
6  SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA MANNER,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., d/b/a SMITH'S; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>    Defendants. | CASE NO. 2:13-cv-01998-RFB-GWF<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and BRIAN D. NETTLES, ESQ. of NETTLES LAW FIRM, counsel for Plaintiff AMANDA MANNER as follows:

1. Plaintiff AMANDA MANNER'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

///
///
///
///
///

CLAC 4154294.1

2. That there is no pending trial date in this matter. Further, the parties request that any pending Court ordered deadlines be vacated.

Respectfully submitted this 27th day of December, 2017.

| NETTLES LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Brian D. Nettles<br>BRIAN D. NETTLES, ESQ.<br>Nevada Bar #007462<br>1389 Galleria Drive – Suite 200<br>Henderson, Nevada 89014<br>(702) 434-8282<br>Attorneys for Plaintiff<br>AMANDA MANNER | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar #001107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear their own fees and costs.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: December 29, 2017

2